GESCHEIDT & COMPANY, INC., Appellant and Respondent, v. BOWERY SAVINGS BANK, Respondent and Appellant, Impleaded with Others.

Argued March 17, 1938; decided April 13, 1938.

*Albert Foreman* and *M. Carl Levine* for plaintiff, appellant and respondent.

*Jacquelin A. Swords* and *R. Keith Kane* for defendant, respondent and appellant.

Judgment affirmed, without costs to any party; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.